UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-cr-182 (TJK) |
| | : | |
| **LARRY FRELIGH III,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO RESET HEARING
AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States and the Defendant, Larry Freligh, have reached a plea agreement that would resolve this matter in advance of trial. Accordingly, the parties respectfully move this Court to vacate the Status Conference presently set for August 27, 2024 and to set a Change of Plea Hearing at 10 a.m. on September 4, 2024. The parties request this brief continuance because defense counsel will be appearing in a capital murder trial in another district during the week of August 26. In light of this, the parties ask that the Court exclude the period between August 27 and September 4 from the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ *Hutton Marshall*
J. HUTTON MARSHALL
Assistant U.S. Attorney

DC Bar No. 1721890
601 D Street, N.W.
Washington, D.C. 20579
(202) 809-2166
Joseph.hutton.marshall@usdoj.gov

*Counsel for the United States*

Jon Carlton Taylor, Esq.
THE LAW OFFICE OF J. CARLTON TAYLOR
PO Box 230783
Montgomery, AL 36123-0783
334-472-0500
jct@jtcrimlaw.com

*Counsel for the Defendant*