UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 24-cr-182 (TJK) |
| | : | |
| LARRY FRELIGH III, | : | |
| | : | |
| Defendant. | : | |

### SENTENCING MEMORANDUM

**COMES NOW**, the Defendant, by and through counsel, and files this his Sentencing Memorandum in the above-styled case and would show unto this Honorable Court as follows:

Larry Freligh III is a 28-year-old male with no criminal history whatsoever who timely entered his guilty plea to Disruptive and Disorderly Conduct in a Restricted Building or Grounds (Count 2). Mr. Freligh appears before this Honorable Court having accepted responsibility for his actions and is remorseful of his conduct on January 6, 2020, and thereafter, with a deeper understanding of the disruption that was caused to the capital and his part therein.

Mr. Freligh came to Washington DC with his friend curious about what was going to happen that day, with the intent to simply appear at the protest and observe. Thereafter, Mr. Freligh and his friend intended to go camping on their way back to Alabama. Mr. Freligh did not come to Washington DC with the intent, to cause any disruption, harm or damage to property. This is evidenced moreover by the fact that Mr. Freligh did not bring or wear a mask during the protest or make any other attempts to obscure his identity. Obviously, things escalated after Mr. Freligh's arrival in Washington DC and, in hindsight, Mr. Freligh wishes he had just walked away.

Regarding the incident where Mr. Freligh re-entered the capital building, a review of the

video evidence [Memorial Door Interior] shows Mr. Freligh had calmly exited the building; however, the video does not show that Mr. Freligh, having exited, realizing that his friend William Watson was no longer with him.   Mr. Freligh did attempt to peacefully re-enter the building to find his friend.   The video shows Mr. Freligh re-entering and speaking to multiple officers.   He does not push or shove any officer in his attempt to regain entry.   Mr. Freligh is then grabbed forcefully by any officer from behind and is forcibly thrown from the building. Mr. Freligh realized after he was thrown from the building, that in doing so officers had broken his Ray Ban glasses, and out of frustration, and not an attempt to re-enter, Mr. Freligh kicks the Memorial Door after it was closed. [Memorial Door Exterior].   This interaction led to a three (3) level enhancement in the plea agreement pursuant to U.S.S.G. 2A2.4(b)(1)(A) – physical contact. Without this enhancement, Mr. Freligh's BOL would be 10 minus 2 for acceptance of responsibility resulting in a recommended guideline range of 0-6 months.

      As stated in the presentence report, Mr. Freligh resides in Montgomery, Alabama. He is engaged to Bobi Malion, who is four months pregnant. Mr. Freligh is the provider for his fiancé and her children from a former relationship through his full-time welding apprenticeship/ employment.   Mr. Freligh is fully devoted to his family and their care and is either at work or at home with his family.   Mr. Freligh has been fully compliant with his pretrial release without incident.   Further, as indicated by the character letter attached hereto, Mr. Freligh is a truthful and honest person, who made a poor decision in the heat of an emotional election outcome.   Mr. Freligh poses no threat to the community or of recidivism.   Mr. Freligh is a productive member of society whose emotions got the better of him.   Therefore, any sentence of imprisonment would be unnecessary in this case.

2

**RECOMMENDATION:**

Based on the facts and to totality of the circumstances, I respectfully recommend that the Court grant the Defendant's Motion for a Downward Variance filed contemporaneously herewith and thereafter Order Mr. Freligh to serve six (6) months of house arrest and ankle monitoring. This sentence is sufficient, but not greater than necessary, to provide just punishment, to reflect the seriousness of the offense and to promote respect for the law, as well as to protect the public from further crimes of the defendant.

**RESPECTFULLY SUBMITTED**, this the 7th day of January, 2025.

Jon Carlton Taylor, Esq.
THE LAW OFFICE OF J. CARLTON TAYLOR
PO Box 230783
Montgomery, AL 36123-0783
334-472-0500
jct@jtcrimlaw.com
*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF **email electronic service** (or by hand delivery), on this the 7th day of January, 2025.

Jon Carlton Taylor, Esq.
THE LAW OFFICE OF J. CARLTON TAYLOR
Attorney for the Defendant
ASB 5037-L53J

J. HUTTON MARSHALL
Assistant U.S. Attorney
DC Bar No. 1721890
601 D Street, N.W.
Washington, D.C. 20579

3

(202) 809-2166  
Joseph.hutton.marshall@usdoj.gov

Michael Bellury
990 Dean Cir, Tallassee, AL 36078
2515977321
Mike.Bellury@Gmail.Com

The Honorable Judge Kelly
Court Name: _____
Court Address: _____

1/6/2025

Re: Character Reference for Larry Freligh

**Dear Judge Kelly,**

I am writing to provide a character reference for Larry Freligh, whom I have met at Local Union 52 and whom I have known for 3 years. I am aware of the charges brought against him and the upcoming court proceedings, and I believe it is important to share my perspective on his character and conduct.

I have had the privilege of witnessing Larry Freligh demonstrate unwavering integrity, compassion, and responsibility throughout our acquaintance. Larry Freligh has always been a person of high moral character, displaying honesty and truthfulness in all his interactions. Larry Freligh has consistently shown respect for others, treating individuals from all walks of life with dignity and kindness.

Furthermore, I have observed Larry Freligh fulfill his responsibilities with diligence and dedication. Whether it was in a professional capacity or personal commitments, Larry Freligh has consistently displayed a strong work ethic and a commitment to excellence. He is known for going above and beyond expectations, exhibiting reliability and dependability in his pursuits.

Based on my knowledge of Larry Freligh, I firmly believe that the actions alleged in the charges against him are uncharacteristic of his true nature. I genuinely believe that Larry Freligh is a person of integrity who made a mistake, and is deeply remorseful for the consequences it has caused.

I kindly request the court's consideration of Larry Freligh's overall character and previous contributions to society. I am confident that with appropriate guidance and support, he will continue to positively contribute to the community. I firmly believe that Larry Freligh deserves an opportunity for redemption and rehabilitation.

Thank you for taking the time to review this character reference letter. Should you require any additional information or further clarification, please do not hesitate to contact me at the provided contact details.

Sincerely,

Michael Bellury